**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01608-CV

**MIKE JABARY, Appellant**

**V.**

**CITY OF ALLEN, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01635-2012**

## ORDER

We **GRANT** appellant's December 2, 2013 motion for an extension of time to file a reply

brief. Appellant shall file his reply brief on or before January 6, 2014.

/s/    ADA BROWN
        JUSTICE